1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RANDALL BERT FOSHIE

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. 07-mj-0111 DAD
                                   )
12                 Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING PRELIMINARY
13      v.                         )  EXAMINATION FOR DEFENDANT RANDALL
                                   )  BERT FOSHIE
14  RANDALL BERT FOSHIE,           )
                                   )
15                 Defendant.      )  Date:  May 25, 2007
                                   )  Time:  2:00 p.m.
16                                 )  Judge: HON. Gregory G. Hollows
                                   )
17  _____  )

18

19      IT IS HEREBY STIPULATED between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff and Matthew C.

21  Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL

22  BERT FOSHIE, that the preliminary examination, currently set for May

23  11, 2007, be continued until May 25, 2007, at 2:00 p.m. in front of the

24  Honorable Gregory G. Hollows.  This continuance is being requested

25  because defendant is not available to appear at the preliminary

26  examination because he is currently hospitalized.

27      By this continuance, the defendant RANDALL BERT FOSHIE hereby

28  waives his right to have his preliminary examination held within ten

1   (10) days from the date of his initial appearance.

2

3   Dated: May 8, 2007                Respectfully submitted,

                          DANIEL J. BRODERICK

4                           Federal Defender

5                           /s/ Matthew C. Bockmon

6                           MATTHEW C. BOCKMON

                          Assistant Federal Defender

7                           Attorney for Defendant

                          RANDALL BERT FOSHIE

8

9

10   Dated: May 8, 2007

11                           MCGREGOR W. SCOTT

                          United States Attorney

12

13                           /s/ Matthew C. Bockmon for

14                           MATTHEW STEGMAN

                          Assistant U.S. Attorney

15                           per telephonic authority

16                       **O R D E R**

17

18   IT IS SO ORDERED.

19   Dated:  May 15, 2007

20                          GREGORY G. HOLLOWS

21                         United States Magistrate Judge

22

23

24

25

26

27

28

Stip & Order                         2