```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RANDALL BERT FOSHIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 07-mj-0111 DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT RANDALL BERT FOSHIE |
| ) | |
| RANDALL BERT FOSHIE, ) | |
| ) | Date:  June 15, 2007 |
| Defendant. ) | Time:  2:00 p.m. |
| ) | Judge: HON. Kimberly J. Mueller |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, Assistant Federal Defendant, attorney for defendant RANDALL BERT FOSHIE, that the preliminary examination, currently set for May 25, 2007, be continued until June 15, 2007, at 2:00 p.m. in front of the Honorable Kimberly J. Mueller.  This continuance is being requested because the parties are working on a pre-indictment plea agreement.

    By this continuance, the defendant RANDALL BERT FOSHIE hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

```
                                        Respectfully submitted,
Dated: May 22, 2007
                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RANDALL BERT FOSHIE




Dated: May 22, 2007

                                            MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney
                                            per telephonic authority
```

## **O R D E R**

IT IS SO ORDERED.

Dated: 5/24/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

foshie.ord

Stip & Order                                    2